Andrew D. Winghart, Bar No. 225099
drew@winghartlaw.com
WINGHART LAW GROUP, INC.
495 Seaport Court, Suite 104
Redwood City, California 94063
Telephone: (650) 780-9716
Facsimile: (866) 941-8593

Attorneys for Plaintiff, Joseph Ercoli

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ERCOLI, an individual<br><br>Plaintiff,<br><br>v.<br><br>**JLC PRODUCTIONS,** a California Corporation, **TOP SHELF CLASSICS,** an unknown entity, **KIMPTON HOTEL & RESTAURANT**, an unknown entity, **INTERCONTINENTAL HOTELS GROUP, PLC**, a foreign corporation, and Does 1 through 10, inclusive,<br><br>Defendants | CASE NO: 3:15-CV-6333<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT** |

Plaintiff Joseph Ercoli, an individual and resident of the State of California herby files his Complaint for Damages against JLC Productions, Top Shelf Classics, Kimpton Hotel & Restaurants, International Hotel Group and Does 1 through 20, inclusive, and alleges as follows:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over this matter pursuant to 28 USC § 1331, as it is an action for infringement of a federally copyrighted image pursuant to 17 USC §§501 through 505, over which Federal Courts have exclusive jurisdiction pursuant to 28 USC § 1338(a).

2. Venue is proper in this District pursuant to 28 U.S.C. §1391(b)(2) in that a substantial part of the events giving rise to this claim occurred in this District.

**INTRADISTRICT ASSIGNMENT**

3. Pursuant to Rule 3-2(c) of the Local Rules for this Court, this is an Intellectual Property Action to be assigned on a District-wide basis.

4. Nevertheless, assignment to the San Francisco Division would be appropriate as Plaintiff is a resident of San Mateo County and many of the Defendants named are identified as transacting business within the county of San Francisco.

**PARTIES**

5. Plaintiff Joseph Ercoli is a resident of San Carlos, California located in this District and the holder of copyright of a photograph titled "A River Runs Through It, et al.," registered with the United States Copyright Office as No. VA0001883152, registered on September 26, 2013.

6. Defendant JLC Productions, ("JLC") is registered as a corporation existing pursuant to the laws of the State of California, with its address in Redlands, California. JLC has been suspended by the FTB according to the California Secretary of State.

7. Top Shelf Classics ("Top Shelf"), is an entity of unknown type, but operates within this judicial district and its acts within this Judicial District give rise to the allegations asserted by Plaintiff herein.

8. Kimpton Hotel & Restaurant ("Kimpton") is an unknown entity, but operated within this judicial district and those acts within this District give rise to the claims asserted by the Plaintiff in this Complaint.

9. Intercontinental Hotels Group, PLC, ("IHG") is a foreign corporation, doing business within the State of California and, on information and belief, owns The Drake Hotel, in San Francisco.

10. The true names and capacities, whether individual, corporate, associate or otherwise, of Defendants identified as Does 1 through 20, inclusive is unknown to Plaintiff at this time. Plaintiff therefore sues said defendants by such fictitious names. When the true names and capacities of any or all of these defendants is ascertained, Plaintiff will amend this Complaint accordingly.

11. Plaintiff is informed and believes that defendants JLC, Top Shelf, Kimpton Hotel, and IHG, and Does 1 through 20, inclusive were at all times mentioned herein were agents, servants, and/or employees of each other and the acts of each defendants alleged herein were performed in the course of that agency, service, and/or employment.

## FIRST CAUSE OF ACTION
Federal Copyright Infringement by all defendants
[17 USC § 501(a)]

12. In September 2013, Plaintiff Joseph Ercoli, took a photograph of the Bay Bridge from Yerba Buena Island. He developed the photograph, using his talents and experience such that the resulting image was aesthetically impressive. He titled the resulting image "A River Runs Through It, et al." ("A River Runs Through It").

13. To obtain the protection afforded under the laws of the United States for such works of art, Plaintiff filed with the United States Copyright Office and on or about September 26, 2013, that office registered the image with registration number VA0001883152.

14. Among the exclusive rights granted to the Plaintiff under the Copyright Act is the exclusive right to reproduce the copyrighted material and distribute the copyrighted material to the public.

15. Plaintiff is and was at all relevant times the exclusive owner of the copyright in and related to the A River Runs Through It image.

16. As late as June 2014, Defendants JLC, Top Shelf, and other defendants, in order to improve the aesthetic presentation of Defendants' website(s), appropriated Plaintiff's copyrighted image of A River Runs Through It, and published it on various websites, including their own, to market and their services and goods.

17. Defendants did not seek and failed to obtain Plaintiff's consent or authorization to appropriate, utilize, reproduce, copy, display, or otherwise publish Plaintiff's copyright-protected image.

18. Without permission, defendants, and each of them, intentionally and knowingly reproduced, copied, displayed, and made commercial use of Plaintiff's copyright-protected image.

19. The acts of Defendants, and each of them constituted infringement of Plaintiff's copyright, including Plaintiff's exclusive right to reproduce, license, sell, display, or otherwise make use for commercial purposes or otherwise of the A River Runs Through It image.

20. In addition, Defendants, and each of them, in publishing the A River Runs Through It image, failed to identify the image as the result of Plaintiff's exercise of his experience and talents thus depriving Plaintiff of the additional benefits that he would have obtained from being recognized as someone who produced images of this quality and aesthetic merit.

21. Plaintiff is informed and believes the foregoing act(s) of infringement have been willful and intention, in disregard of, and with indifference to, the rights of the Plaintiff.

22. The knowing and intentional copyright infringement of defendants, and each of them, as alleged herein caused and will continue to cause substantial and irreparable harm to Plaintiff and has and will continue to harm Plaintiff. Plaintiff is therefore entitled to injunctive relief, damages, compensation for the benefits that defendants and each of them obtained through the infringement, and reasonable attorney's fees and costs.

**WHEREFORE**, Plaintiff Joseph Ercoli prays for damages against defendants as follows:

A. For an award of damages in an amount to be proven at trial for copyright infringement under 17 USC § 501(a);

B. In the alternative to actual damages provided for under 17 USC § 504(b), statutory damages pursuant to 17 USC §504(c), which election Plaintiff will make prior to the rendition of final judgment;

C. For an injunction by this Court pursuant to 17 USC § 502, enjoining defendants, and each of them from displaying, copying, reproducing, publishing, or otherwise making use of the A River Runs Through It image;

D. For an order compelling defendants, and each of them, to destroy any infringing item, or image, in their possession, or control;

E. For damages to be proven at trial for unjust enrichment;

F. For reasonable attorney's fees as provided for under 17 USC § 505 as part of costs of suit;

G. For all allowable costs of suit; and

H. For such other and further relief as the Court may deem just and equitable.

**DEMAND FOR JURY TRIAL**

Plaintiff JOESEPH ERCOLI respectfully demands a trial by jury in this Action.

Dated this 29th of December, 2015.     WINGHART LAW GROUP, INC.

_____
Andrew D. Winghart
Counsel for Plaintiff JOESEPH ERCOLI