**IT IS SO ORDERED**

Judge Yvonne Gonzalez Rogers

3/29/16

Andrew D. Winghart, Bar No. 225099
drew@winghartlaw.com
WINGHART LAW GROUP, INC.
495 Seaport Court, Suite 104
Redwood City, California 94063
Telephone:   (650) 780-9716
Facsimile:   (866) 941-8593

Attorneys for Plaintiff, Joseph Ercoli

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ERCOLI, an individual<br><br>Plaintiff,<br><br>v.<br><br>**JLC PRODUCTIONS,** a California Corporation, **TOP SHELF CLASSICS,** an unknown entity, **KIMPTON HOTEL & RESTAURANT**, an unknown entity, **INTERCONTINENTAL HOTELS GROUP, PLC**, a foreign corporation, and Does 1 through 10, inclusive,<br><br>Defendants | CASE NO:  4:15-CV-6333<br><br>**DISMISSAL OF DEFENDANT JLC PRODUCTIONS, WITHOUT PREJUDICE** |

- 1 -
**DISMISSAL (4:15-CV-6333)**

Plaintiff Joseph Ercoli HEREBY DISMISSES JLC Productions, without prejudice, pursuant to Fed.R.Civ.P. 41(a)(1). No other Defendants are dismissed from this action.

Dated this 28th of March 2016.      WINGHART LAW GROUP, INC.

/S/
Andrew D. Winghart
Counsel for Plaintiff JOESEPH ERCOLI