UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**Joseph Ercoli**,

        Plaintiff,

   v.

**Top Shelf Classics, et al.**,

        Defendants.

Case No.  15-cv-06333-YGR

**Order Setting Compliance Hearing and Continuing Case Management Conference**

A compliance hearing regarding plaintiff's failure to serve defendant Top Shelf Classics[1] shall be held on **Friday, May 13, 2016** on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.  As required by the Federal Rules of Civil Procedure, plaintiffs must serve all defendants within ninety (90) days after filing a complaint, at which point the Court must either dismiss the action or order that service be made within a specified time.  Fed. R. Civ. P. 4(m).

Accordingly, five (5) business days prior to the date of the compliance hearing, the plaintiff shall file either: (1) certifications noting that service upon defendants has been effectuated; or (2) a one-page statement setting forth an explanation for his failure to comply.  If compliance is complete, the compliance hearing will be taken off calendar.  Failure to comply may result in sanctions.

The Court **Continues** the Case Management Conference set for April 11, 2016 to **June 20, 2016**.

**It Is So Ordered.**

Dated: April 7, 2016

                                                   _____
                                                   **Yvonne Gonzalez Rogers**
                                                   **United States District Court Judge**

---

[1] In plaintiff's Case Management Statement, plaintiff *suggests*, but does not explicitly note, that service upon defendants Kimpton Hotel & Restaurant and Intercontinental Hotel Groups have been effectuated.  (Dkt. No. 16, ¶1.)