Andrew D. Winghart, Bar No. 225099
drew@winghartlaw.com
WINGHART LAW GROUP, INC.
495 Seaport Court, Suite 104
Redwood City, California 94063
Telephone:    (650) 780-9716
Facsimile:     (866) 941-8593

Attorneys for Plaintiff, Joseph Ercoli

**IT IS SO ORDERED**
Judge Yvonne Gonzalez Rogers
5/3/16

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ERCOLI, an individual<br><br>Plaintiff,<br><br>v.<br><br>**TOP SHELF CLASSICS,** an unknown entity, **KIMPTON HOTEL & RESTAURANT**, an unknown entity, **INTERCONTINENTAL HOTELS GROUP, PLC**, a foreign corporation, and Does 1 through 10, inclusive,<br><br>Defendants | CASE NO:  4:15-CV-6333<br><br><br>**DISMISSAL OF DEFENDANTS KIMPTON HOTEL & RESTAURANT AND INTERCONTINENTAL HOTELS GROUP, PLC, WITHOUT PREJUDICE** |

Plaintiff Joseph Ercoli HEREBY DISMISSES Kimpton Hotel & Restaurant and Intercontinental Hotel Group, PLC, without prejudice, pursuant to Fed.R.Civ.P. 41(a)(1). No other Defendants are dismissed from this action.

Dated this 28th of April 2016.                    WINGHART LAW GROUP, INC.

                                    /S/
                                    Andrew D. Winghart
                                    Counsel for Plaintiff JOESEPH ERCOLI