Andrew D. Winghart, Bar No. 225099
drew@winghartlaw.com
WINGHART LAW GROUP, INC.
495 Seaport Court, Suite 104
Redwood City, California 94063
Telephone:   (650) 780-9716
Facsimile:    (866) 941-8593

Attorneys for Plaintiff, Joseph Ercoli

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ERCOLI, an individual<br><br>Plaintiff,<br><br>v.<br><br>**TOP SHELF CLASSICS,** an unknown entity, **KIMPTON HOTEL & RESTAURANT**, an unknown entity, **INTERCONTINENTAL HOTELS GROUP, PLC**, a foreign corporation, and Does 1 through 10, inclusive,<br><br>Defendants. | CASE NO:  4:15-CV-6333<br><br>**PLAINTIFF'S CERTIFICATION OF COMPLIANCE FOR COMPLIANCE HEARING PURSUANT TO ORDER [DKT. 17] & [PROPOSED] ORDER**<br><br>HEARING DATE:   MAY 13, 2016<br>TIME:                      9:01 AM<br>DEPT.:                    COURTROOM 1 |

### PLAINTIFF'S CERTIFICATION OF COMPLIANCE

Plaintiff Joseph Ercoli, pursuant to the Court's Order of April 7, 2016 [Dkt. 17] provides the following certifications relating to service of the Defendants subsequent to said Order:

1. Plaintiff has dismissed Kimpton Hotel & Restaurant and Intercontinental Hotel Group, PLC, without prejudice, pursuant to Fed.R.Civ.P. 41(a)(1). [Dkt. 19.] An Order of Dismissal was entered by the Court on May 3, 2016. [Dkt. 20.]

2. Defendant Top Shelf Classics was served on April 6, 2016, under Fed.R.Civ.P. 4(e)(1).  Proof of service was filed with the Court. [Dkt. 18.]  No response to the Complaint has been filed by Top Shelf Classics.  Plaintiff will be taking default against Defendant Top Shelf.

3. No other Defendant in this action remains to be served.

WHEREFORE, Plaintiff Ercoli respectfully requests the Court vacate the Compliance Hearing, set for the Court's 9:01 AM calendar on May 13, 2016

Dated this 6th of May 2016.                    WINGHART LAW GROUP, INC.

    /S/
Andrew D. Winghart
Counsel for Plaintiff JOESEPH ERCOLI

### [PROPOSED] ORDER

Based upon the certification of counsel for Plaintiff Joseph Ercoli that all defendants in this Action have been served pursuant to the Federal Rules; or have been dismissed from this Action,

IT IS HEREBY ORDERED that the Compliance Hearing, set for the Court's 9:01 AM calendar on May 13, 2016, is VACATED.  Plaintiff shall file the request for default within ten (10) business days of this Order.

DATED:  May 9, 2016                    _____
HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE