UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH ERCOLI**,<br><br>    Plaintiff,<br><br>    v.<br><br>**TOP SHELF CLASSICS**,<br><br>    Defendant. | Case No.  15-cv-06333-YGR<br><br>**ORDER SETTING COMPLIANCE HEARING; VACATING CASE MANAGEMENT CONFERENCE** |

TO PLAINTIFF AND PLAINTIFF'S COUNSEL OF RECORD:

A compliance hearing regarding the filing of plaintiff's application for default judgment shall be held on **Friday, July 8, 2016** on the Court's **9:01 a.m.** calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

No later than **June 30, 2016**, plaintiff shall file an application for default judgment. If compliance is complete, plaintiff need not appear and the compliance hearing may be taken off calendar. Failure to do so may result in sanctions.

The Court **VACATES** the Case Management Conference currently set for this matter on June 20, 2016.

**IT IS SO ORDERED.**

Dated: June 15, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**