

July 18, 2016

Via ECF Only
Hon. Laurel Beeler
United States District Court
Northern District of California

   Re: *Case 4:15-cv-06333-YGR Joseph Ercoli v. JLC Productions et al*
     YGR

Hon. Judge Beeler:

  On July 12, 2016, the above noted case was referred to your Court by Judge Rogers for a Report and Recommendation relating to Plaintiff's Request for Default Judgment. [Dkt. 26] Via Docket Entry 29, entered July 14, 2016, this matter was set for a hearing on August 4, 2016. Undersigned counsel, only counsel for Plaintiff, has scheduled family vacation from August 1st through August 6th. As such, Plaintiff respectfully requests the Court re-set this matter for August 11th, on the Court's Civil Law & Motion Calendar.

              Respectfully,

              Andrew D. Winghart
              Winghart Law Group, Inc.



July 19, 2016

495 Seaport Court
Suite 104
Redwood City, CA 94063

p  510.593.8546
f   866.941.8593
e  drew@winghartlaw.com