UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| JOSEPH ERCOLI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TOP SHELF CLASSICS,<br><br>　　　　Defendant. | Case No. 15-cv-06333-YGR (LB)<br><br>**ORDER REGARDING ADDITIONAL INFORMATION FOR MOTION FOR DEFAULT JUDGMENT**<br><br>Re: ECF No. 26 |

The plaintiff filed a motion for default judgment. (ECF No. 26.) The court appreciates the plaintiff's briefing of the *Eitel* factors. (*See* ECF No. 26-1 at 3–6.) In addition to the *Eitel* factors, though, the court must determine three preliminary matters in a default-judgment case: 1) whether it has subject-matter jurisdiction over the action; 2) whether it has personal jurisdiction over the defendant; and 3) whether service was proper. *See In re Tuli*, 172 F.3d 707, 712 (9th Cir. 1999); *Timbuktu Educ. v. Alkaraween Islamic Bookstore*, No. C 06–03025 JSW, 2007 WL 1544790, at *2 (N.D. Cal. May 25, 2007). The court requests that the plaintiff submit additional briefing regarding personal jurisdiction over Top Shelf Classics and the propriety of service. In particular, with respect to service, the court requests additional briefing as to why substitute service at the Hercules, California "mail box store" address was proper. (*See* ECF No. 18.) The plaintiff previously informed the court that it had difficulty identifying a "reliable address" for Top Shelf,

ORDER (No. 15-cv-06333-YGR (LB))

*see* ECF No. 16 at 2, and identifies Top Shelf as an "unknown entity," *see* ECF No. 18 at 2. Without additional information, the court cannot determine if service was proper.

The court also requests that the plaintiff submit additional information for the damages and attorney's fees he seeks. First, with respect statutory damages, the court requests that the plaintiff submit additional evidence as to why — if at all — the statutory damages sought plausibly relate to his actual damages. *See Adobe Sys., Inc. v. Tilley*, No. C 09-1085 PJH, 2010 WL 309249, at *5 (N.D. Cal. Jan. 19, 2010); *see also Jones v. Collectal Associates*, No. 15-cv-02223-JCS, 2016 WL 721279, at * 4 (N.D. Cal. Jan. 29, 2016). Second, with respect to attorney's fees, the court requests that the plaintiff submit evidence supporting the number of hours billed. He may submit actual itemized billing records or a chart showing the hours worked on specific tasks. This is necessary for the court to determine whether the approximately twenty-five hours spent on the matter was reasonable. (*See* ECF No. 26-2, ¶ 7.)

The court orders the plaintiff to file this additional briefing and supporting evidence by August 10, 2016 at 12:00 p.m. The matter remains on calendar for a hearing on August 11 at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: August 5, 2016

_____
LAUREL BEELER
United States Magistrate Judge