UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**JOSEPH ERCOLI**,

    Plaintiff,

v.

**TOP SHELF CLASSICS**,

    Defendant.

Case No. 15-cv-06333-YGR

**FINAL JUDGMENT**

On October 6, 2016, the Court adopted Magistrate Judge Beeler's Report and Recommendation and granted plaintiff's motion for default judgment. Thus, **IT IS ORDERED AND ADJUDGED** as follows:

1. Plaintiff is awarded $5,000 in statutory damages, $14,131.25 in attorney's fees, and costs of suit incurred in prosecuting this action against defendant as allowed by law.

2. Defendant is permanently enjoined from displaying, copying, reproducing, or otherwise making unauthorized use of plaintiff's photograph, "A River Runs Through It, et al."

3. Defendant must destroy any item or image in its possession or control that uses, without plaintiff's authorization, the photograph "A River Runs Through It, et al."

**IT IS SO ORDERED.**

Dated: November 8, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**